## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                    Civil Action No. 1:14-cv-00122-JEB-JMF

JOSH HAAS,

    Defendant.

_____ /

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOSH HAAS

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Josh Haas ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Josh Haas was assigned the IP Address 66.44.7.4. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Josh Haas has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 16, 2014

                                                Respectfully submitted,

                                                By:    /s/ *Jon A. Hoppe*
                                                Jon A. Hoppe, Esquire
                                                jhoppe@mhhhlawfirm.com
                                                MADDOX, HOPPE, HOOFNAGLE &
                                                HAFEY, L.L.C.
                                                1401 Mercantile Lane #105
                                                Largo, Maryland 20774
                                                Phone: 301-341-2580
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on July 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

               By:  /s/ *Jon A. Hoppe*_____
               Jon A. Hoppe